# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARK WATKINS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>W.L. MUNIZ, Warden, and KAMALA D. HARRIS, Attorney General of the State of California,<br><br>　　　　Respondent. | Case No. 1:16-cv-00749-AWI-SKO　HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

　　　Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Xavier Becerra has succeeded Kamala D. Harris as Attorney General of the State of California.

　　　Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to substitute the name of Xavier Becerra as Respondent Attorney General of California.

IT IS SO ORDERED.

Dated: **April 24, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1