# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARK WATKINS,<br><br>                Petitioner,<br><br>    v.<br><br>W.L. MUNIZ, Warden, AND XAVIER BECERRA,<br><br>                Respondents. | No. 1:16-cv-00749-AWI-SKO  HC<br><br>**ORDER SCHEDULING ATTORNEY'S MOTION TO WITHDRAW**<br><br>**(Doc. 13)** |

    Thereafter, Carolyn Phillips, counsel for Petitioner, moved to withdraw as counsel. By declaration, Counsel stated that she had fulfilled the terms of the order appointing counsel for Petitioner, the Court declined to enter a certificate of appealability, and Counsel was unaware of any non-frivolous basis for appealing the dismissal.

    In accordance with Local Rule 182(d), Petitioner may RESPOND to Counsel's motion within 21 days after the date of this order. The Court shall then take the motion under submission.

IT IS SO ORDERED.

Dated:   **July 5, 2017**                       /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE